# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Cesar and Vanda Noya, | Civil No. 09-2077 (RHK/JJK) |
| Plaintiffs, | **ORDER FOR DISMISSAL** |
| v. | |
| Westbrooke-Park Condominium Association, Inc., Multiventure Properties, Inc., and Barbara J. Lehman, | |
| Defendants. | |

---

Pursuant to the parties' Stipulation (Doc. No. 24), **IT IS ORDERED** that any and all claims in this matter are **DISMISSED WITH PREJUDICE**, on the merits, and in their entirety, and without any award of costs or disbursements to any of the parties.

Dated: January 6, 2010

                                                 s/Richard H. Kyle
                                                 RICHARD H. KYLE
                                                 United States District Judge